IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 7 |
| ECLIPSE AVIATION CORPORATION, *et al.*,[1] | Case No. 08-13031 (MFW) |
| Debtors. | (Jointly Administered) |
| LA SCOGLIERA, S.p.A., an Italian Corporation, | |
| Plaintiffs, | Adv. Pro. No. 09-50028 (MFW) |
| v. | |
| ECLIPSE AVIATION CORPORATION, | |
| Defendant. | |

**STIPULATION EXTENDING TIME
FOR DEFENDANTS TO ANSWER PLAINTIFF'S
COMPLAINT AND EXTENDING THE PRE-TRIAL CONFERENCE DATE**

La Scogliera, S.p.A., an Italian Corporation ("Plaintiff"), and Jeoffrey L. Burtch, chapter 7 trustee, ("Defendant") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 15, 2009, the Plaintiff filed a Complaint against the Defendant (the "Complaint").

WHEREAS, counsel for Plaintiff and Defendant have reached an agreement extending the initial date by which Defendant is required to answer or otherwise move with respect to the Complaint.

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

1

WHEREAS, counsel for Plaintiff and Defendant have reached an agreement extending the date of pretrial conference originally scheduled for June 24, 2009.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for Defendant to answer or otherwise move with respect to the Complaint shall be extended through and including July 27, 2009.

IT IS ALSO STIPULATED AND AGREED that the pretrial conference shall be rescheduled for August 12, 2009 at 2:00 p.m.

IT IS ALSO STIPULATED AND AGREED that this stipulation will be without prejudice to an application for, or stipulation to, further extensions.

[*Signatures on the following page*]

| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | COOCH AND TAYLOR P.A. |
|---|---|
| /s/ Mike Busenkell, Esq. | *M. Claire McCudden* (signature) |
| Mike Busenkell, Esq. (De. No. 3933) | M. Claire McCudden (De. No. 5036) |
| 222 Delaware Avenue, Suite 1501 | R. Grant Dick IV (De. No. 5123) |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302) 252-4324 | 1000 West Street, 10th Floor |
| Facsimile: (302) 661-7724 | P.O. Box 1680 |
| Email: mbusenkell@wcsr.com | Wilmington, DE 19899-1680 |
| | Telephone: (302) 984-3800 |
| Counsel for La Scogliera, S.p.A. | Facsimile: (302) 984-3939 |
| Dated: 6.10.09 | Email: cmccudden@coochtaylor.com |
| | gdick@coochtaylor.com |
| | Counsel for the Chapter 7 Trustee |
| | Dated: 6/10/09 |