# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

ECLIPSE AVIATION CORPORATION, et al.,[1]

                                      Debtors.

LA SCOGLIERA, S.p.A., an Italian Corporation,
                   Plaintiff,

               v.

ECLIPSE AVIATION CORPORATION
              Defendant.

)  **Chapter 7**
)
)  **Case No. 08-13031 (MFW)**
)
)  **Jointly Administered**
)
)
)
)
)
)  **Adv. Pro. Case No. 09-50028 (MFW)**
)
)
)
)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Peter J. Haley, Esquire to represent Eclipse Aerospace, Inc, in this action.

Dated: September 21, 2009

William D. Sullivan (No. 2820)
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Support, LLC.

course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Peter J. Haley
Nelson Mullins Riley & Scarborough LLP
One Boston Place
40th Floor
Boston, MA 02108
Tel: (617) 573-4707
Fax: (617) 573-4746

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: September 22, 2009

The Honorable Mary F. Walrath
United States Bankruptcy Court Judge